UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HERBERT LEON MANAGO, Jr.
   Plaintiff

v.                     Case No. 3:23-cv-151-MMH-MCR

BENJAMIN SMITH, et al.,
        Defendants

## PLAINTIFF'S STATEMENT OF DISPUTED FACTUAL ISSUES

Defendants have moved for summary judgment on the claims in Plaintiffs Amended Complaint (See Doc. 10 at 10). Pursuant to Local Rule of this court, the plaintiff submits the following list of genuine issues of material fact that require the denial of defendants' motion.

1. Whether the plaintiff was causeing disturbances and yelling obscenities within H-Dormitory.

2. Whether the plaintiff was warned numerous times and that if he did not cooperate with lawful commands chemical agents would be deployed.

3. Whether the incident was a planned and malicious attack by the defendants to cause the plaintiff harm and injuries.

4. Whether the defendants manipulated reports and documents, as well as the use of force camera's in order to conceal their unlawful and gratuitous use of force against plaintiff.

(1)

5. Whether the defendants' performed legitimate job-related functions when force was utilized by defendants' against the plaintiff. Was that force applied in good-faith effort to maintain or restore discipline or was it done sadistically to cause the plaintiff harm and injuries.

6. Whether the plaintiffs injuries were de minimis or did plaintiff suffer injuries from their purposeful gratuitous use of unnecessary force.

7. Whether the plaintiff's injuries were treated or did defendants' deny him treatment and effective medical assistance.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing is true and correct.

### UNNOTARIZED OATH

Pursuant to F.S. 92.525(2) "Under penalties of perjury, I declare that I have read the foregoing "Plaintiffs Statement of Disputed Factual Issue" and that the facts stated in it are true to the best of my knowledge.

Signed this 28th day of December 2024
/S/ Herbert Leon Managa Jr.